FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2016 JUL 27 AM 11:02

US DISTRICT COURT
BRIDGEPORT CT

GRAND JURY B-15-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | VIOLATIONS: |
| KENDALL J. SULLIVAN | : | 18 U.S.C. Section 875(c)<br>(Threatening Communications) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

1. On or about May 29, 2016, in the District of Connecticut and elsewhere, the defendant KENDALL J. SULLIVAN did knowingly transmit, in interstate commerce from Connecticut, a communication, that is postings under the username KS43, on the internet forum Metalthrone.net located in California, which threatened to injure the person of another, in that he stated: "Israel, God and Synagogues. I will kill them. I have a few "Houses of Satan" in my Town… If these Jews truly believe in their god Satan, I will upset their world. I will slaughter them and burn their Synagogue to the ground . . . kids, goldfish, old folks… Shove money down their throats. These Jews of 2016. They think they are safe."

In violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

2. On or about June 10, 2016, in the District of Connecticut and elsewhere, the defendant KENDALL J. SULLIVAN did knowingly transmit, in interstate commerce from Connecticut, a communication, that is postings under the username KS43, on the internet forum Metalthrone.net

located in California, which threatened to injure the person of another, specifically a person with the username SOBeardP, in that he stated: "I am going after YOU..Your Family, Wife, kids, Grandkids, Gold Fish . . . I am warning YOU, I will go after YOU.  As I get older, I just don't give a damn . . . I will meet you in Westport at the Carvel!  And then I will shoot or run over you..  A 50 year old kills a Satanist with a 9mm….[smiley face emoji] . . . You are Satanic Garbage. I fight with YOU. I fight with Mother. I fight with the people at "Work"  But, YOU are a Satanist and responsible for the attempt at my Life.  You and your Satanist group. So, it is not just YOU, but your fellow Satanists I want to track down and kill.. I will use YOU to find others…And Kill them . . . You are a fucking JEW!  And Israel was created to support demonic beings like you?  In that case, I want to kill millions of JEWS in Israel at the press of a button! Millions of JEWS worldwide! . . . I want to kill you "SOBeardP" … If only that . . . Name a place . . . "SOBeardP" – You are Satanic and must be destroyed.  Wifes [sic], kids, Dogs, Cats, Goldfish . . . . All destroyed . . Why are you forcing me? . . . You are a fucking JEW! SOBeardP! You are a fucking JEW!"

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

3. On or about July 5, 2016, in the District of Connecticut and elsewhere, the defendant KENDALL J. SULLIVAN did knowingly transmit, in interstate commerce from Connecticut, a communication, that is postings under the username KS43, on the internet forum Metalthrone.net located in California, which threatened to injure the person of another, in that he stated: "[I] Am prepared to shoot YOU on sight!  And shove Money down your dead fucking Ass…Hole. Humans who define their entire existence thru that price tag – They are not human beings but

Demons and must be destroyed…I am looking forward to my death thru Jesus Christ. I will be Free. I will be understood. Afterall, I am a Warrior of Jesus Christ and want to be his Soldier. Help people of earth who have been deceived by Satan,….Help them… What is a blood and Guts Body of this world anyway? It decays and dies…"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY

3